AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

DEBORAH WELLS

V.   SUMMONS IN A CIVIL CASE

HALLMARK HEALTH SERVICES INC.

CASE NUMBER:

**04 CV 10164 MEL**

TO: (Name and address of Defendant)

Hallmark Health Services Inc.
585 Lebanon Street
Melrose, MA 02176

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard H. Pettingell, Esq.
The Law Offices of Richard H. Pettingell, P.C.
77 North Washington Street – Second Floor
Boston, MA 02114
(617) 778-0890

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE 1-23-04

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

DATE



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

February 13, 2004

I hereby certify and return that on 2/10/2004 at 2:15PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL COVER SHEET, CATEGORY FORM in this action in the following manner: To wit, by delivering in hand to THERESA MCGUIRE, agent, person in charge at the time of service for HALLMARK HEALTH SERVICES INC. at , 585 LEBANON Street, MELROSE, MA 02176. Attest ($5.00), Basic Service Fee ($3.00), Conveyance ($2.10), Postage and Handling ($1.00), Travel ($4.48) Total Charges $15.58

*Deputy Sheriff*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                        *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.