UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBORAH WELLS, )
)
Plaintiff, )
)
v. ) CASE NO. 04-CV-10164-MEL
)
HALLMARK HEALTH SERVICES, INC. )
)
Defendant. )
)

ASSENTED-TO MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT

The Defendant, Hallmark Health Services, Inc., hereby moves for a one month extension of the time in which it has to respond to the Plaintiff's Complaint in this matter, up to and including Thursday April 1, 2004. In support of this motion, the Defendant states as follows:

1.    The Defendant requires a brief extension of time sought in order to properly investigate the factual and legal issues raised in the Complaint and to prepare an appropriate response thereto.

2.    This is the first request for an extension of time filed by the Defendant with regard to the deadline for responding to the Complaint.

3.    Plaintiff's counsel, Richard H. Pettingell, Esq., has been contacted regarding this Motion and has granted his permission to indicate herein that he assents to it.

WHEREFORE, the Defendant respectfully requests that the deadline for filing its response to the Complaint be extended up to and including April 1, 2004.


Respectfully submitted,

HALLMARK HEALTH SERVCIES INC.,

By its attorneys,


Kay H. Hodge (BBO #236560)
John M. Simon (BBO# 645557)
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA  02110
(617) 542-6789

Dated: February 24, 2004


Certification Pursuant to Local Rule 7.1(A)(2)

I hereby certify that, pursuant to Local Rule 7.1(A)(2), I have conferred with Plaintiff's counsel regarding the subject matter of this Motion in a reasonable and good faith attempt to resolve this matter before filing this Motion and that opposing counsel has granted his permission to indicate herein that he assents to this Motion.


John M. Simon

**Certificate of Service**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail ▪▪▪▪▪▪ on 2/24/04 .

2

# STONEMAN, CHANDLER & MILLER LLP

### 99 HIGH STREET
### BOSTON, MASSACHUSETTS 02110

### TELEPHONE (617) 542-6789

### FACSIMILE (617) 556-8989

ALAN S. MILLER
ROBERT CHANDLER
CAROL CHANDLER
KAY H. HODGE
ROBERT G. FRASER
MACON P. MAGEE
REBECCA L. BRYANT
GEOFFREY R. BOK
NANCY N. NEVILS
JOAN L. STEIN

JOHN M. SIMON
KATHERINE D. CLARK
GINA M. YARBROUGH
JONATHAN R. WERNER
ANDREA L. BELL

MIRIAM K. FREEDMAN
OF COUNSEL

February 24, 2004

Civil Clerk's Office
United States District Court
One Courthouse Way
Boston, MA 02210

> Re:    *Deborah Wells v. Hallmark Health Services, Inc.*
>        Case No. 04-CV-10164-MEL

Dear Sir or Madam:

Enclosed for filing in the above-captioned matter is Defendant's Assented-to Motion for Extension of Time to Respond to Complaint.

Thank you for your attention to this matter.

Very truly yours,

John M. Simon

Enclosure

c: Richard H. Pettingell, Esq.