UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2004 MAY 25  P 1:39

U.S. DISTRICT COURT
DISTRICT OF MASS.

DEBORAH WELLS,

    Plaintiff,

v.

HALLMARK HEALTH SERVICES, INC.

    Defendant.

CASE NO. 04-CV-10164-MEL

CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.3, the Defendant, Hallmark Health Services, Inc., states as follows:

1)  Hallmark Health Services, Inc.'s parent corporation is Hallmark Health Corporation; and

2)  Hallmark Health Services, Inc. has no stock. Therefore, no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

HALLMARK HEALTH SERVICES, INC.

By its attorneys,

*John M. Simon* (signature)
Macon Magee (BBO #550602)
John M. Simon (BBO# 645557)
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
(617) 542-6789

**Certificate of Service**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail [redacted] on 5-24-04.

*John M. Simon* (signature)

Dated: May 24, 2004