UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 MAY 25 P 1:39
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| DEBORAH WELLS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 04-CV-10164-MEL |
| HALLMARK HEALTH SERVICES, INC. | ) |
| Defendant. | ) |

### DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

We hereby affirm that we have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and the various alternative courses – of the litigation; and (b) to consider resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

HALLMARK HEALTH SERVICES, INC.

By: Charles R. Whipple
Title: General Counsel

COUNSEL FOR DEFENDANT,
HALLMARK HEALTH SERVICES, INC.

Macon Magee (BBO #550602)
John M. Simon (BBO #645557)
Stoneman, Chandler & Miller
99 High Street
Boston, MA 02110
(617) 542-6789

Dated: May 24, 2004

**Certificate of Service**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail ( ) on 5-24-04.