UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -3 A 11: 24

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| DEBORAH WELLS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| VS. ) | CIVIL ACTION NO: 04-CV-10164-MEL |
| ) | |
| HALLMARK HEALTH SERVICES INC., ) | |
| ) | |
| Defendant ) | |

## PLAINTIFF'S CERTIFICATE OF CONSULTATION
## PURSUANT TO LOCAL RULE 16.1(D)(3)(a & b)

The plaintiff, Deborah Wells, and her counsel hereby certify that they have conferred on a budget for litigation and the use of alternative dispute resolution programs pursuant to Rule 16.1(D)(3)(a & b).

By her attorneys,

THE LAW OFFICES OF RICHARD H.
PETTINGELL, P.C.

Richard H. Pettingell – BBO # 397320
77 North Washington Street – Second Floor
Boston, MA 02114
(617) 778-0890

Deborah Wells

Dated:   May 25, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached document has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

_____
Richard H. Pettingell, Esquire
6/2/04