## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  04-10164 MEL

_____
)
)
DEBORAH WELLS                              )
)
                Plaintiff            )
)
vs.                                        )
)
HALLMARK HEALTH SYSTEMS, INC.              )
)
                Defendant            )
)
_____)

## NOTICE OF APPEARANCE

Please enter my appearance as successor counsel for plaintiff in the above-captioned civil action.


Dated: August 29, 2005

                          DEBORAH WELLS
                          By hER attorney,
                          LAW OFFICE OF CHARLES P. KAZARIAN, P.C.

                          /s/ Charles P. Kazarian
                          _____
                          Charles P. Kazarian, Esquire
                          77 North Washington Street
                          Boston, Massachusetts 02114
                          BBO#: 262660
                          (617) 723-6676