```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| DEBORAH WELLS,           )<br>                          )<br>        Plaintiff,     )<br>                          )<br>   v.                     )    CASE NO. 04-CV-10164-MEL<br>                          )<br>HALLMARK HEALTH SYSTEM, INC. )<br>                          )<br>        Defendant.      )<br>                          ) |  |

### JOINT MOTION FOR REFERRAL OF CASE TO
### ALTERNATIVE DISPUTE RESOLUTION PROGRAM FOR MEDIATION

Pursuant to E.D.R. Rule 4.03(d), the Parties hereby jointly move the Court to refer this case to the Court's Alternative Dispute Resolution Program for purposes of mediation before a magistrate judge. In addition, to the extent possible, the parties agree and move that one of the following magistrate judges be assigned to mediate this case in the order of preference listed:

1) Magistrate Judge Sorokin;

2) Magistrate Judge Swartwood;

3) Magistrate Judge Neiman; or

4) Magistrate Judge Collings.

WHEREFORE, the Parties respectfully request that the Court refer this matter to the Court's Alternative Dispute Resolution Program for mediation.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff, | The Defendant, |
| DEBORAH WELLS, | HALLMARK HEALTH SYSTEM, INC., |
| By her attorney, | By its attorneys, |
| /s/Charles P. Kazarian | /s/John M. Simon |
| Charles P. Kazarian (BBO #262660) | Macon Magee (BBO #550602) |
| Law Offices of Charles P. Kazarian, P.C. | John M. Simon (BBO #645557) |
| 77 North Washington Street | Stoneman, Chandler & Miller |
| Boston, MA 02114 | 99 High Street |
| (617) 723-6676 | Boston, MA 02110 |
| | (617) 542-6789 |

Dated: March 16, 2006

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on March 16, 2006.

/s/John M. Simon
John M. Simon