**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

DEBORAH WELLS,
              Plaintiff

     V.

HALLMARK HEALTH SYSTEM, INC.,
              Defendant

CIVIL ACTION

NO.   04-10164-MEL

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE  Lasker

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On  June 12, 2006,  I held the following ADR proceeding:

      __ SCREENING CONFERENCE      __ EARLY NEUTRAL EVALUATION
      _X_ MEDIATION                          __ SUMMARY BENCH / JURY TRIAL
      __ MINI-TRIAL                           __ SETTLEMENT CONFERENCE

[X]    All parties were represented by counsel [except _____]

[X]    The parties were present in person, by telephone or by authorized corporate officer or representative

The case was:

[X]    Settled. A _30_ day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:

June 15, 2006                                  /s/ Kenneth P. Neiman
DATE                                           ADR Provider

                                                      KENNETH P. NEIMAN, U.S. Magistrate Judge