UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH WELLS,<br><br>Plaintiff,<br><br>v.<br><br>HALLMARK HEALTH SYSTEM, INC.<br><br>Defendant. | CASE NO. 04-CV-10164-MEL |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to assume their own attorney's fees and costs, and with each party waiving all rights of appeal and/or requests for fees or costs.

Respectfully submitted,

| The Plaintiff, | The Defendant, |
|---|---|
| DEBORAH WELLS, | HALLMARK HEALTH SYSTEM, INC., |
| By her attorney, | By its attorneys, |
| /s/Charles P. Kazarian | /s/John M. Simon |
| Charles P. Kazarian (BBO #262660) | Kay H. Hodge (BBO #550602) |
| Law Offices of Charles P. Kazarian, P.C. | John M. Simon (BBO #645557) |
| 77 North Washington Street | Stoneman, Chandler & Miller |
| Boston, MA 02114 | 99 High Street |
| (617) 723-6676 | Boston, MA 02110 |
| | (617) 542-6789 |

Dated: July 27, 2006